IN THE UNITED STATES COURT OF
APPEALS FOR THE FOURTH CIRCUIT

------------------------------------------------------
No. 16-1277
------------------------------------------------------

| | |
|---|---|
| JAMES D. DAVIS, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) |
| v. | ) |
| | ) |
| WESTERN CAROLINA UNIVERSITY, THE UNIVERSITY OF NORTH CAROLINA, | ) ) ) |
| | ) |
| Defendants-Appellees. | ) |

### MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLANT AND JOINT APPENDIX

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Local Rule 27, and through counsel, Plaintiff-Appellant James D. Davis hereby moves for a five-day extension of time within which to file the Brief of Appellant and Joint Appendix. In support, Plaintiff-Appellant Davis states:

1. The current deadline for filing the Brief of Appellant and Joint Appendix is Friday, June 24, after having been extended due to pending appellate mediation and once by forty-five days after motion by Davis.

2. Counsel for Davis find it necessary to request a five-day extension of time, until Wednesday, June 29, 2016, for the following reasons. Counsel for Davis—including his trial counsel and his undersigned appellate counsel—and two

third-year law students have been working diligently on the Brief of Appellant and Joint Appendix, but still need more time due to the factual and legal complexity of this appeal. They have decreased the number of pages in the Joint Appendix from what would have been more than 4,200 to less than 2,000. They have researched and drafted four appellate arguments. Despite their best efforts, the draft Brief of Appellant exceeds the maximum word limit by about 2,000 words and still lacks some required sections. Three additional week days (five days in all) would allow them to produce a brief that would both not exceed the word limit and be more helpful to this Court's decision-making process.

    3.    Pursuant to Local Rule 27(a), Counsel for Davis emailed opposing counsel, Catherine Jordan, about the intended filing of this motion. Ms. Jordan replied that she has no objection to this motion.

    WHEREFORE, for the reasons stated herein, Plaintiff-Appellant Davis requests that the Court extend the time to file the Brief of Appellant and Joint Appendix by five days, to and including Wednesday, June 29, 2016.

    Respectfully submitted this 22nd day of June 2016.

/s/    John J. Korzen
John J. Korzen
N.C. Bar No. 18283
Wake Forest University School of Law
Appellate Advocacy Clinic
P.O. Box 7206 Reynolda Station
Winston-Salem, North Carolina  27109
(336) 758-5832

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2016, I served a copy of this Motion for Extension of Time to File Brief of Appellant and the Joint Appendix on Counsel for Defendants-Appellees via the CM/ECF system.

/s/    John J. Korzen